# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146653

CRAWLEY DAVID McFADDEN,
      Plaintiff-Appellant,

v

A.O. SMITH, SCOTT E. GARRETT, DARCEL
McCARTHY, SEARS HOLDING COMPANY,
and SEDGWICK CMC,
      Defendants-Appellees.

SC: 146653
COA: 311730
Wayne CC: 11-015160-NP

_____/

      On order of the Court, the application for leave to appeal the November 28, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

Clerk

t0422